# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 23, 2026

Before
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| | NICHOLAS ZEMLICK,<br>Plaintiff - Appellant |
| No. 24-2799 | v. |
| | BRAD BURKHART, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:22-cv-02319-MPB-MJD |
| Southern District of Indiana, Indianapolis Division |
| District Judge Matthew P. Brookman |

Upon consideration of the **APPELLEES' MOTION TO AMEND OR CORRECT OPINION**, filed on January 23, 2026, by counsel for the appellees,

**IT IS ORDERED** that the motion to correct the court's opinion is **GRANTED**. This court's opinion, dated January 22, 2026, is amended to replace "Brian Burkhart" with "Brad Burkhart" on pages 2 and 8.

form name: **c7_Order_3J**    (form ID: **177**)